IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SIDEKICK USA, LLC | § § | |
| Plaintiff, | § § | Case No: |
| vs. | § § | PATENT CASE |
| VAN'S ENTERPRISES, LTD., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## COMPLAINT AND JURY DEMAND

Plaintiff Sidekick USA, LLC ("Plaintiff" or "SIDEKICK") for its Complaint against Defendant Van's Enterprises, Ltd. ("Defendant" or "VAN'S"), avers as follows.

## THE PARTIES

1. SIDEKICK is an Illinois corporation having a place of business at 216 Olesen Lane, Naperville, Illinois 60540.

2. On information and belief, VAN'S is an Illinois corporation with its principal office located at 90 Le Baron Street, Waukegan, Illinois 60085.

## JURISDICTION AND VENUE

3. This is an action for patent infringement under the patent laws of the United States, Title 35, United States Code. This Court has subject matter jurisdiction over this action under Title 28, United States Code, Sections 1331 and 1338.

4. This Court has personal jurisdiction over the parties, and venue is proper in this jurisdiction district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(b).

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,028,199)

5. Plaintiff incorporates paragraphs 1 through 4 herein by reference.

6. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

7. On May 12, 2015, United States Letters Patent No. 9,028,199 ("the '199 Patent"), entitled "Sod Positioning Machine" was issued. SIDEKICK is the owner by assignment of the entire right, title and interest in and to the '199 Patent, including the right to exclude others and to enforce, sue, and recover for damages for past and future infringement thereof.

8. A copy of the '199 Patent is attached hereto as Exhibit A.

9. The '199 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

10. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claims 1, 2, 8 and 9, of the '199 Patent by making and/or using at least one or more infringing sod positioning machines shown in Exhibit B. Defendant has, upon information and belief, infringed and continues to infringe the '199 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

11. Upon information and belief, Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

12. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

13. Plaintiff is in compliance with 35 U.S.C. § 287.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,028,199 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: April 11, 2025

Respectfully submitted,

*/s/* Martin LeFevour
Martin LeFevour
(martin@lefevour.com)
Mark LeFevour
(mll@mllalaw.com)
LEFEVOUR LAW, LLC
1333 Burr Ridge Parkway, Suite 200
Burr Ridge, Illinois 60527
708-246-4246

*Attorneys For Plaintiff*